UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

DAVID WILLIAMS, PRO SE, )
    Plaintiff )
  )
VS. )
  )
NORMAN THERRIEN, DAVID STRINGHAM, )
GERI CRISMAN, JOHN DOE, A/K/A NURSE )
JEFF and JANE DOE, A/K/A NURSE JACKIE, )
    Defendants )

2004 FEB -4  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 04-10086-PBS

## ANSWER OF DEFENDANT, GERI CRISMAN,
## TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendant responds to the allegations contained in the plaintiff's Complaint, paragraph by paragraph, as follows:

To the extent the assertions in the unnumbered paragraph which is captioned COMPLAINT are intended to apply to this defendant, they are denied.

### JURISDICTION

1.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

2.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

3.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

4.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

1066114v1

5.      The defendant admits only that she has been temporarily the Health Services Administrator at MCI-Cedar Junction and denies the remaining allegations in this paragraph of the plaintiff's Complaint.

6.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

7.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

<u>FACTS</u>

8.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

9.      The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

10.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

11.     To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

12.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

13.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

14.     The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

15.     To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

16.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

17.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

18.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

19.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

20.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

21.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

22.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

23.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

24.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

25.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

26.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

1066114v1

## COUNT I

The defendant incorporates by reference each of the answers to the preceding paragraphs of the plaintiff's Complaint.

27-31.  The allegations in these paragraphs of the plaintiff's Complaint do not pertain to this defendant.

## COUNT II

The defendant incorporates by reference each of the answers to the preceding paragraphs of the plaintiff's Complaint.

32.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

33.    The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

34.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

35.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

36.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

37.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

38.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

1066114v1

<u>COUNT III</u>

The defendant incorporates by reference each of the answers to the preceding paragraphs of the plaintiff's Complaint.

39.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

40.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

41.    To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

The defendant denies that the plaintiff is entitled to any damages or to any of the relief he seeks in this matter.

**THIRD DEFENSE**

The defendant denies that the plaintiff is entitled to any of the relief requested in his Complaint.

**FOURTH DEFENSE**

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct this defendant was not and is not legally responsible.

**FIFTH DEFENSE**

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

**SIXTH DEFENSE**

By way of affirmative defense, the defendant says that the action should be dismissed because of lack of jurisdiction over the defendant.

5

## SEVENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, is estopped to recover any judgment against the defendant.

## EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, has waived any and all rights he may have had against the defendant, and, therefore, the plaintiff cannot recover in this action.

## NINTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff consented to the defendant's alleged conduct, acts and statements and, therefore, the plaintiff cannot recover.

## TENTH DEFENSE

By way of affirmative defense, the defendant says that she is protected from liability by a qualified immunity for any of the matters raised in the plaintiff's Complaint.

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

The Defendant,
GERI CRISMAN
By her attorneys,

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 3rd day of February, 2004.

MORRISON, MAHONEY & MILLER, LLP

Bruce R. Henry

Bruce R. Henry, BBO #230880
250 Summer Street
Boston, MA 02210
(617) 439-7500

6