UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 FEB -4  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DAVID WILLIAMS, PRO SE,<br>    Plaintiff<br><br>VS.<br><br>NORMAN THERRIEN, DAVID STRINGHAM,<br>GERI CRISMAN, JOHN DOE, A/K/A NURSE<br>JEFF and JANE DOE, A/K/A NURSE JACKIE,<br>    Defendants | CIVIL ACTION NO. 04-10086-PBS |

## JURY CLAIM

TO THE CLERK OF THE ABOVE-NAMED COURT:

Norman Therrien, David Stringham and Geri Crisman, defendants in the above-entitled action, request a trial by jury of all issues.

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the ____ day of _____, 2004.

_____
Bruce R. Henry

The Defendants,
NORMAN THERRIEN, DAVID
STRINGHAM and GERI CRISMAN
By their attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Bruce R. Henry, BBO #230880
250 Summer Street
Boston, MA 02210
(617) 439-7500

1066707v1