UNITED STATES DISTRICT COURT
for the
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, PRO SE,<br>    Plaintiff<br><br>VS.<br><br>NORMAN THERRIEN, DAVID STRINGHAM,<br>GERI CRISMAN, JOHN DOE, A/K/A NURSE<br>JEFF and JANE DOE, A/K/A NURSE JACKIE,<br>    Defendants | CIVIL ACTION NO. 04-10086-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record for the *defendants, Norman Therrien, David Stringham and Geri Crisman,* in the above-entitled civil action.

Respectfully submitted,

The Defendants,
*NORMAN THERRIEN, DAVID STRINGHAM and GERI CRISMAN,*

By their attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Charles M. Urso, B.B.O. No. 647748
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the ____ day of _____, 2004.

_____
Charles M. Urso

1045125v1