UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se )
    Plaintiff, )
 )
VS ) District Court Docket No.
 ) 04-10086-PBS
 )
NORMAN THERRIEN, et al., )
    Defendants. )

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff David Williams, pro se hereby moves before this Court pursuant to Federal Rule Civil Procedure Rule 15(a) requesting leave to file the attached amended complaint. Plaintiff further states that the interest of justice will be served by permitting the complaint in this civil action to be amended in order that it may state the proper cause of action and relief requested and no prejudice will result to the defendants.

Plaintiff attaches his memorandum of reasons in support of this motion for leave to amend complaint.

Respectfully submitted

Dated: February 12, 2004.

David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, David Williams, pro se certify that on this day I served a copy of the foregoing document on Attorney Bruce R. Henry, on behalf of defendants Norman Therrien, et al., at 250 Summer Street, Boston, Massachusetts 02210-1181, by first class mail postage prepaid this 12th day of February, 2004.

*[signature]*

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071