UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

)
)
**DAVID WILLIAMS, pro se**          )
Plaintiff,          )
)
)
)
VS          )          District Court Docket No.
)          04-10086-**PBS**
)
)
)
**NORMAN THERRIEN, et al.,**          )
Defendants.          )
)
)

## PLAINTIFF MEMORANDUM OF REASON IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff David Williams, pro se hereby moves before this Honorable

Court pursuant to Federal Rule Civil Procedure Rule 7 & Rule 15(a),

files this memorandum of reasons in support of his motion for leave

to amend complaint for the following reasons; to cure deficiencies

in stating a claims which relief can be granted; to cure deficiency

in lack of jurisdiction over defendants; to cure deficiencies in

defendants liability and qualified immunity; that there will be no

undue delay, bad faith, or prejudice to the defendants if motion

for leave to amend complaint is granted. See Zivkovic v. Southern

California Edison Co., 302 F.3d 1080 (9th Cir. 2002);O'Hara v. Weeks

Marine, Inc., 294 F.3d 55, (2nd Cir. 2002);Mathis v. Massachusetts

Elec. Co., 565 N.E. 2d 1180 (1991).

Dated February 12, 2004.                    Respectfully submitted,

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, David Williams , pro se hereby certify that on this day I served copies of the foregoing document on Attorney Bruce R. Henry, on behalf of defendants Norman Therrien, et al., at 250 Summer Street, Boston, Massachusetts, 02210-1181, by first class mail postage prepaid on this day 12th day of February, 2004.

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071