UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se )
    Plaintiff, )
)
VS )  District Court Docket No.
)  04-10086-**PBS**
)
NORMAN THERRIEN, et al., )
    Defendants. )

## PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Plaintiff hereby request that this Court exempt him from the requirements of Local Rule 7.1 (A)(2), relative to the following motion being filed with this Court; Plaintiff's motion for leave to amend complaint and attached amended complaint. Any attempt to confer with defendants, who are State employess, would be unduly burdensome and likely serve no purpose. Plaintiff therefore, respectfully request that this Honorable Court exempt him from requirements of Local Rule 7.1 (A)(2).

Dated: February 12, 2004.

                                              Respectfully submitted
                                              David Williams, pro se
                                              w-42189
                                              P.O. Box 100
                                              So. Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, David Williams, pro se hereby certify that on this day I, served copies of the foregoing document on Attorney Bruce R. Henry, on behalf of defendants Norman Therrien, et al., at 250 Summer Street, Boston, Massachusetts, 02210-1181, by first class mail postage prepaid on this 12th day of February, 2004.

David Williams, pro se
w-42189
P.O. Box 100
So. Walpole, MA 02071