UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID WILLIAMS, pro se<br>    Plaintiff,<br><br>VS<br><br>NORMAN THERRIEN, et. al.,<br>    Defendants. | Civil Action No.<br>04-cv-10086-PBS<br><br>MOTION FOR LEAVE TO AMEND COMPLAINT<br>PURSUANT TO RULE 15(a) F.R.C.P. |

Now comes the plaintiff in the above-reference matter and moves this Honorable Court to allow him to amend his Complaint to strike paragraph (1) in his recently filed amended complaint of February 12, 2004, and to add the following:

1. Plaintiff David Williams, aka Herbert Vaughan, pro se, is a natural person who is incarcerated as a Massachusetts prisoner confined at Massachusetts Correctional Institution (hereinafter "M.C.I.") Cedar Junction, a prison operated by the Massachusetts Department of Correction (hereinafter "D.O.C.") in South Walpole, Massachusetts. Plaintiff further states that the interest of justice will be served by permitting the Complaint in this action to be amended in order that it may state correctly jurisdiction over the defendants and no prejudice to the defendant will result.

## MEMORANDUM OF REASONS

Plaintiff states the reasons in support of his motion for leave to

.1.

amend his complaint for the following reasons to cure deficiencies in plaintiff's right to bring a cause of action against defendants for redress and damages for the injury caused by the defendants; and there will be no undue delay, bad faith or prejudice to the defendants if his motion for leave to amend complaint is granted. See <u>Strangi, Estate of v. C.I.R.</u>, 293 F.3d 279; <u>Zivkovic v. Southern California Edison Co.</u>, 302 F.3d 1080 (9 Cir. 2002); <u>Foman v. Davis</u>, 371 U.S. 178, 182, 83 S.Ct. 277 (1962).

Dated: <u>February 18, 2004</u>,

Respectfully submitted,

*/s/ David Williams, pro se*

David Williams, pro <u>se</u>
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

## CERTIFICATE OF SERVICE

I, David Williams, pro <u>se</u>, hereby certify that on this day I, served a copy of the foregoing documents on Attorney Bruce R. Henry, on behalf of the defendants at 250 Summer Street, Boston, Massachusetts., 02210-1181, by first class mail postage prepaid on this <u>18th</u> day of <u>February</u> 200<u>4</u>.

*/s/ David Williams, pro se*

David Williams, pro <u>se</u>
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

.2.