UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

No. 04-10086-PBS

UNSWORN DECLARATION

I, David Williams, pro se, depose and swear to the following pursuant to 28 U.S.C. § 1746, to the filing and contents of this document. See attached exhibits.

1. That on this date February 28, 2004, the following documents was sent certified mail to Attorney Bruce R. Henry, at 250 Summer Street, Boston, MA 02210-1181.

    (1). Proposed pre-trial schedule.

    (2). Settlement proposal.

I, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed this 28th day of February, 2004.

David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071