UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                )
DAVID WILLIAMS, pro se          )
     Plaintiff,                 )
                                )
                                )
       .v.                      )      District Court Docket No.
                                )           04-cv-10086-PBS
                                )
                                )
NORMAN THERRIEN, et. al.,       )
     Defendants.                )
_____)
```

## MOTION FOR LEAVE TO AMEND COMPLAINT

Now comes the Plaintiff in the above-entitled matter and moves before this Honorable Court pursuant to Fed.R.Civ.P. 15(c)(2), to grant this motion to amend his complaint. Plaintiff further states that the defendants' acts of misrepresentation conforms to the evidence presented in this litigation and that the interest of justice will be served by permitting the plaintiff to amend this complaint so it may state correct jurisdiction over the defendants and no prejudice to the defendants' will result if the Court grants this motion in its entirety.

## MEMORANDUM OF REASONS

Plaintiff states the reasons in support of his motion for leave to amend his complaint that the claims asserted in the amended pleading arose out of the conduct set forth in the original pleading, although the opportunity to amend is within the sound discretion of the Court,

the plaintiff brings to the Court's attention that judgment has not been entered, discovery process has not been completed. See <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103(3rd Cir. 2002); <u>O'Hara v. Weeks Marine, Inc.</u>, 294 F.3d 55 (2nd Cir. 2002). The Court should make reasonable allowances so that a pro se plaintiff does not forfeit rights' by virtue of his lack of legal training. <u>Hughes v. Rowe</u>, 449 U.S. 5,9,(1980); <u>Fleming v. United States</u>, F.3d 88,90 (2d Cir. 1998)

WHEREFORE: Plaintiff respectfully request that the Court grant his motion for leave to amend complaint in its entirety.

Dated: <u>March 1, 2004</u>.

Respectfully submitted,

*David Williams, pro se*
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document motion for leave to file amended complaint was served upon Attorney of record Bruce R. Henry, on behalf of the defendants at 250 Summer Street Boston, Massachusetts., 02210-1181, by first class mail postage prepaid on this <u>1st</u> day of <u>March</u>, 200<u>4</u>.

*David Williams, pro se*
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100