U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Williams, pro se | 04-10086-PBS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Michael Thompson, et al. | [illegible] |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Mr. David Stringham

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
**AT** 245 Main St, RT 1A, PO Box 100, So. Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Williams  
[illegible]  
Walpole, MA 02071-0100

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

UMass Correctional Health Program  
[illegible] Stanley Colas  
PA David Stringham  
245 Main St, RT 1A  
PO Box 100  
So. Walpole, MA 02071-0100

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT  
David Williams, pro se  
TELEPHONE NUMBER: n/a  
DATE: March 3, 04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 3/8/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of  MASSACHUSETTS

DAVID WILLIAMS, pro se
    Plaintiff,

V.

NORMAN THERRIEN, DAVID STRINGHAM, GERI CRISMAN, JOHN DOE, aka NURSE JEFF, JANE DOE aka NURSE JACKIE
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10086 PBS

TO: (Name and address of Defendant)

    Mr. David Stringham
    2405 Main Street, Rt1A
    P.O. Box 100,
    South Walpole, MA 02071-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David Williams, pro se
    w-42189
    P.O. Box 100,
    South Walpole, MA 02071-0100

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JAN 14 2004