UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of

his deputies, and to: Superintendent, MCI Walpole.

**YOU ARE COMMANDED** to have the body of David Williams* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 13, on the 5th floor, on March 29, 2004, at 2:00 p.m. for the purpose of a Scheduling Conference in the case of David Williams v. Norman Therrien, et al, CA Number 04-10086-PBS.  And you are to retain the body of said David Williams while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said David Williams to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 25th day of March, 2004.

* W-42189


**PATTI B. SARIS**
**United States District Judge**

                                          **TONY ANASTAS, CLERK**

                                   **By: /s/ Robert C. Alba**
            SEAL                          Deputy Clerk