UNITED STATES DISTRICT COURT
for the
FOR THE DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, PRO SE,　　　　　)
　　　　Plaintiff　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)   CIVIL ACTION NO. 04-10086-PBS
NORMAN THERRIEN, ET AL,　　　　 )
　　　　Defendants　　　　　　　　　　　　)

## ANSWER OF DEFENDANT, DAVID STRINGHAM, TO PLAINTIFF'S AMENDED COMPLAINT

### FIRST DEFENSE

The plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendant responds to the allegations contained in the plaintiff's Amended Complaint, paragraph by paragraph, as follows:

### PARTIES

1. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

2. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

3. The defendant admits only that he has been the Health Services Administrator at MCI – Cedar Junction, temporarily, and denies the remaining allegations in this paragraph of the plaintiff's Amended Complaint.

4. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

927158v1

5. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

6. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

## JURISDICTION

7. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

## FACTS

8. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

9. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

10. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

11. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

12. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

13. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

14. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

15. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

16. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

17. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

18. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

19. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

20. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

21. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

22. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

23. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

24. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

25. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

26. The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

CLAIMS FOR RELIEF
- I -

**AGAINST DEFENDANTS NURSE JEFF AND NURSE JACKIE IN THEIR PERSONAL CAPACITY**

The defendant incorporates by reference each of the answers to the preceding paragraphs of the plaintiff's Amended Complaint.

27.   The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

28.   The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

29.   To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

30.   The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

31.   The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

CLAIM II
- II -

**AGAINST DEFENDANTS THERRIEN, STRINGHAM AND CRISMAN IN THEIR PERSONAL CAPACITY**

The defendant incorporates by reference each of the answers to the preceding paragraphs of the plaintiff's Amended Complaint.

32.   The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

33.   The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

34. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

35. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

36. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

37. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

38. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

CLAIM
- III -

### AGAINST DEFENDANTS THERRIEN, STRINGHAM, CRISMAN, NURSE JEFF AND NURSE JACKIE IN THEIR PERSONAL CAPACITY

The defendant incorporates by reference each of the answers to the preceding paragraphs of the plaintiff's Amended Complaint.

39. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

40. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

41. To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.

42. The defendant denies that the plaintiff is entitled to judgment against the defendants or damages in this matter.

Defendant denies that the plaintiff is entitled to any damages or to any of the relief he seeks in this matter.

### THIRD DEFENSE

The defendant denies that the plaintiff is entitled to any of the relief requested in his Complaint.

### FOURTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct this defendant was not and is not legally responsible.

### FIFTH DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

### SIXTH DEFENSE

By way of affirmative defense, the defendant says that the action should be dismissed because of lack of jurisdiction over the defendant.

### SEVENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, is estopped to recover any judgment against the defendant.

### EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, has waived any and all rights he may have had against the defendant, and, therefore, the plaintiff cannot recover in this action.

### NINTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff consented to the defendant's alleged conduct, acts and statements and, therefore, the plaintiff cannot recover.

## TENTH DEFENSE

By way of affirmative defense, the defendant says that he is protected from liability by a qualified immunity for any of the matters raised in the plaintiff's Amended Complaint.

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

Respectfully submitted,

The Defendant,
DAVID STRINGHAM

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 24th day of March, 2004.

By his attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Bruce R. Henry, BBO #230880
Charles M. Urso, BBO #647748
250 Summer Street
Boston, MA 02210
(617) 439-7500

927158v1

7