UNITED STATES DISTRICT COURT
for the
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, PRO SE,<br>Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| NORMAN THERRIEN, ET AL,<br>Defendants | ) CIVIL ACTION NO. 04-10086-PBS<br>)<br>) |

**DEFENDANTS', NORMAN THERRIEN,
GERI CRISMAN, AND DAVID STRINGHAM,
CERTIFICATION PURSUANT TO 16.1(D)(3)**

Pursuant to this Court's Order, the undersigned hereby certify that they have conferred with Timothy Slowick, claims management, UMass Memorial Health Care, an authorized representative for defendants Crisman, Therrien, and Stringham, regarding the following:

(a) With a view to establishing a budget for the costs of conducting the full course – and various – alternative courses of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
The Defendants,
GERI CRISMAN, NORMAN THERRIEN,
and DAVID STRINGHAM,

By their attorneys,
MORRISON, MAHONEY & MILLER, LLP

Bruce R. Henry, BBO #230880
Charles M. Urso, BBO #647748
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the plaintiff by hand on the 29th day of March, 2004.