UNITED STATES DISTRICT COURT
for the
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, PRO SE,<br>    Plaintiff<br><br>VS.<br><br>NORMAN THERRIEN, DAVID STRINGHAM,<br>GERI CRISMAN, JOHN DOE, A/K/A NURSE<br>JEFF and JANE DOE, A/K/A NURSE JACKIE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTION NO. 04-10086-PBS** |

## DEFENDANTS', NORMAN THERRIEN, DAVID STRINGHAM, AND GERI CRISMAN, MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR ENTRY OF SUMMARY JUDGMENT

NOW COME defendants Norman Therrien, David Stringham, and Geri Crisman and hereby move and respectfully request the dismissal of the plaintiff's, David Williams, Amended Complaint, or in the alternative, to enter summary judgment as to any possible claims contained in the Amended Complaint as to the defendants. As more fully set forth in the accompanying memorandum of law and supporting affidavit, the dismissal and/or judgment must enter due to plaintiff's failure to state a cognizable claim upon which relief can be granted.

WHEREFORE, the defendants, Norman Therrien, David Stringham, and Geri Crisman, respectfully request that this Honorable Court either DISMISS the plaintiff's Amended Complaint or enter summary judgment in favor of the defendants.

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 1st day of April, 2004.

_____
Charles M. Urso

Respectfully submitted,

The Defendants,
NORMAN THERRIEN, DAVID STRINGHAM and GERI CRISMAN,

By their attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Bruce R. Henry, BBO #230880
Charles M. Urso, BBO #647748
250 Summer Street
Boston, MA 02210
(617) 439-7500