UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

DAVID WILLIAMS, pro se
    Plaintiff,

-vs-

NORMAN THERRIEN, DAVID STRINGHAM,
GERI CRISMAN, JOHN DOE AKA NURSE
JEFF, JANE DOE AKA NURSE JACKIE,
sued in their personal capacity.
    Defendants.

District Court Docket No.
04-10086-PBS

## PLAINTIFF'S MOTION REQUEST LEAVE TO AMEND COMPLAINT

Now comes the Plaintiff in the above-entitled matter and moves before this Honorable Court pursuant to Fed.R.Civ.P. 15 (c), (2) to grant this motion to amend his complaint in order that it may state jurisdiction over the defendants and demand for relief and no prejudice will result to the defendants.

Plaintiff attaches his memorandum of law in support of this motion request leave to amend complaint.

Dated: March 29, 2004.

Respectfully submitted,

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.