UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se
    Plaintiff,

-vs-

NORMAN THERRIEN, DAVID STRINGHAM,
GERI CRISMAN, JOHN DOE AKA NURSE
JEFF, JANE DOE AKA NURSE JACKIE,
sued in their personal capacity,
    Defendants.

District Court Docket No.
04-cv-10086-PBS

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
OF HIS MOTION REQUEST LEAVE TO AMEND
COMPLAINT

Plaintiff is a layperson and has no legal training and has limited access to legal books and materials and very limited access to legal assistance. The Court should make a reasonable allowance so that a pro se plaintiff does not forfeit his rights by virtue of his lack of legal training. See Huges v. Rowe, 449 U.S. 5, 9, (1980); Fleming v. United States, F.3d 88, 90, (2d Cir. 1998).

Plaintiff motion requesting leave to amend original complaint sets forth a general set of facts if granted would entitle the plaintiff to relief against the defendants on a legal theory. The defendants assert their right to qualified immunity and the Court in determining that eligibility for qualified immunity must define the right assert by the plaintiff at an appropriate level and question whether that right was clearly established when the harm-inducing conduct took place. See Anderson v. Creighton, U.S. 635, 639 107 S.Ct 3034 (1987).