UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se
    Plaintiff,

VS

NORMAN THERRIEN, et al.,
    Defendants.

District Court Docket No.
04-10086-PBS

## PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Plaintiff hereby request that this Court exempt him from the requirements of Local Rule 7.1 (A)(2), relative to the following motion being filed with this Court; Plaintiff's motion for leave to amend complaint and attached amended complaint. Any attempt to confer with defendants, who are State employess, would be unduly burdensome and likely serve no purpose. Plaintiff therefore, respectfully request that this Honorable Court exempt him from requirements of Local Rule 7.1 (A)(2).

Dated: MARCH 29, 2004.

Respectfully submitted

David Williams, pro se
w-42189
P.O. Box 100
So. Walpole, MA 02071