UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se,  )
)
)
-vs-  )
)
)
NORMAN THERRIEN, DAVID STRINGHAM, )    CIVIL ACTION NO. 04-10086-PBS
GERI CRISMAN, JOHN DOE, A/K/A  )
NURSE JEFF and JANE DOE, A/K/A  )
NURSE JACKIE,  )
    Defendants.  )
)

RECEIVED
Clerk's Office
USDC, Mass.
Date 4-15-04
By _____
Deputy Clerk

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS',
NORMAN THERRIEN, DAVID STRINGHAM, AND GERI CRISMAN
MOTION TO DISMISS, OR, IN THE ALTERNATIVE
FOR ENTRY OF SUMMARY JUDGMENT**

Now comes plaintiff David Williams, pro se, and hereby move respectfully requesting the dismissal of the defendants' Norman Therrien, David Stringham and Geri Crisman, motion to dismiss, or in the alternative, for entry of summary judgment against the plaintiff. As more fully set forth in the accompanying memorandum of law and supporting affidavit the dismissal must enter due to plaintiff's cognizable claim upon which relief can be granted.

WHEREFORE, the plaintiff respectfully request that this Honorable Court **DISMISS DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR ENTRY OF SUMMARY JUDGMENT** and allow discover process be ordered and grant leave to amend original complaint as justice requires.

Dated: April 12, 2004

Respectfully submitted,

David Williams, pro se
David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on the 12th day of April, 2004.

*David Williams pro se*
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071