UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RECEIVED
Clerk's Office
USDC, Mass.
Date 4-15-04
By CMG
Deputy Clerk

DAVID WILLIAMS, pro se,
    Plaintiff

-vs-

NORMAN THERRIEN, DAVID STRINGHAM,
GERI CRISMAN, JOHN DOE, A/K/A NURSE
JEFF and JANE DOE, A/K/A NURSE
JACKIE,
    Defendants.

CIVIL ACTION NO. 04-10086-PBS

PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Plaintiff's hereby request that this Court exempt him from the requirements of Local Rule 7.1(A)(2) relative to the following motions being filed with this Court: plaintiff's motion in opposition to defendants' Norman Therrien, David Stringham, Geri Crisman, motion to dismiss, or, in the alternative for entry of summary judgement; plaintiff's memorandum of law in support of his motion in opposition to defendants' Norman Therrien, David Stringham, Geri Crisman, motion to dismiss, or in the alternative for entry of summary judgment; David Williams counter affidavit, and exhibits. Any attempt to confer with the defendants' who are state employees, would be unduly burdensome and likely serve no purpose.

Plaintiff, therefore respectfully request that this Honorable Court exempt him from the requirements of Local Rule 7.1(A)(2).

Dated: April 12, 2004

Respectfully submitted,

David Williams, pro se
David Williams, pro se
P.O. Box 100,
So. Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on the 12th day of April, 2004.

*David Williams, pro se*
David Williams, rpo se
w-42189
P.O. Box 100,
So. Walpole, MA 02071