UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10086-PBS

DAVID WILLIAMS

Plaintiff

v.

NORMAN THERRIAN, DAVID STRINGHAM,
GERI CRISMAN, JOHN DOE, a/k/a NURSE JEFF
and JANE DOE, a/k/a NURSE JACKIE

Defendants

ORDER ON PLAINTIFF'S MOTION
<u>REQUEST LEAVE TO AMEND COMPLAINT</u>

May 10, 2004

COHEN, M.J.

This is a civil rights action brought by the above-named defendant under the provisions of 42 U.S.C. ß 1983 in which the plaintiff, a prisoner at MCI-Cedar Junction, generally alleges that he was denied appropriate medical care in violation of the Eighth Amendment.  Defendant has filed a third motion to amend his complaint (# 27).  That motion, in turn, was referred to this court for report and recommendation consistent with the provisions of 28 U.S.C. ß 636(a) and Rule 2(a) of the Rules for United States

Magistrate Judges in the United States District Court for the District of Massachusetts. That third motion to amend the complaint (# 27) is denied.

For one thing, from all that this court can discern, this third motion to amend the complaint differs not a whit from his second motion to amend the complaint (# 16), a motion which was denied by the district judge to whom this case is assigned on April 5, 2004. To that extent, the law of the case warrants denial of the similar motion.

For another, the motion was clearly untimely. At an earlier conference, the district judge to whom this case is assigned directed that a motion to dismiss be filed by the defendants on or before April 1, 2004. At the time of that conference, there is no indication that the plaintiff intended to file yet another amended complaint, or that he advised the district judge of such an intention. The filing of a motion to amend one day prior to the deadline for filing a motion to dismiss - which obviously was based on the pleadings filed to date - was clearly an abuse and clearly too late.

Finally, even if not precluded by the law of the case, and even if filed on a timely basis, the proposed third amended complaints adds nothing in substance to that previously filed.

Plaintiff's Motion Request Leave to Amend Complaint (# 27) is accordingly denied.

_____
UNITED STATES MAGISTRATE JUDGE