UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
DAVID WILLIAMS, pro se              )
                                    )
                                    )
                                    )
    -vs-                            )
                                    )
                                    )   CIVIL ACTION NO. 04-10086-PBS
                                    )
NORMAN THERRIEN, DAVID STRINGHAM,   )
GERI CRISMAN, JOHN DOE, A/K/A NURSE )
JEFF and JANE DOE, A/K/A NURSE JACKIE,)
    Defendants.                     )
```

PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A),(2).

Plaintiff hereby request that this Court exempt him from the requirements of Local 7.1 (A),(2), relative to the following motion being filed with this Court; plaintiff's objections to magistrate's report and recommendation on motion to dismiss, or, in the alternative, for entry of summary judgment.

Any attempt to confer with the defendants who are state employees would be unduly burdensome and likely serve no purpose.

Plaintiff, therefore respectfully requests that this Honorable Court exempt him from the requirements of Local Rule 7.1 (A),(2).

Dated May 18, 2004.

Respectfully submitted,

David Williams, pro se
David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

.1.

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on the 18th day of May, 2004.

*David Williams, pro se*
David Williams, pro se
w-42189
P.O. Box 100
So. Walpole, MA 02071