UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

District Court No. 0410086PBS

DAVID WILLIAMS, PRO SE
   Plaintiff,

Appeal No. _____

VS.

NORMAN THERRIEN, DAVID STRINGHAM,
GERI CRISMAN, JOHN DOE, A/K/A
NURSE JEFF and JANE DOE, A/K/A
NURSE JACKIE,
   Defendants

MOTION FOR LEAVE TO APPEAL IN
FORMA PAUPERIS

Now comes David Williams, pro se, in the above entitled matter moves before this Honorable Court pursuant to Federal Rule Civil Procedure Rule 3(e), requests that payment of fees in this action be waived and be allowed to proceed in forma pauperis to appeal this action within the First Circuit of Appeals for the District of Massachusetts, and attaches his affidavit in support of this motion.

Dated: June 14, 2004

Respectfully submitted

David Williams, pro se
w-42189
P.O. Box 100
So. Walpole, MA 02071-0100