UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, PRO SE, )
    Plaintiff )
)
)
VS. )
) CIVIL ACTION NO. 04-10086-PBS
)
NORMAN THERRIEN, DAVID STRINGHAM, )
GERI CRISMAN, JOHN DOE, A/K/A )
NURSE JEFF and JANE DOE, A/K/A )
NURSE JACKIE, )
    Defendants )

FILED
IN CLERKS OFFICE

2004 JUN 16 P 4:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF APPEAL

Notice is hereby given that David Williams, pro se in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the dismissal of this action by Judge Patti B. Saris thru the order adopting report and recommendations entered in this action on the 27th day of May, 2004.

Dated: June 14, 2004

Respectfully submitted

David Williams, pro se
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, PRO SE,<br>Plaintiff<br><br>VS.<br><br>NORMAN THERRIEN, DAVID STRINGHAM,<br>GERI CRISMAN, JOHN DOE, A/K/A<br>NURSE JEFF, and JANE DOE, A/K/A<br>NURSE JACKIE,<br>Defendants | CIVIL ACTION NO. 04-10086-PBS |

## NOTICE OF APPEAL

Notice is hereby given that David Williams, pro se, in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the dismissal of this action by Judge Patti B. Saris, thru the order adopting report and recommendations entered in this action on the 27th day of May, 2004.

Dated: June 14, 2004

Respectfully submitted,

*David W. Williams, pro se*

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### APPEARANCE FORM

Case No.
District Court No: 04-cv-10086-PBS

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

__David Williams, pro se_____ as the
(Specify name of person or entity represented)

[X] appellant(s)        [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

[ ] I do not represent a party to the appeal.

_David Williams, pro se_
(signature)

(SIGN ONLY IF PARTICIPATING)

Corrections:

Status:

_____        David Williams, pro se
_____        MCI Cedar Junction
_____        P.O. Box 100
_____        Walpole, MA 02071

Telephone: _____       **Court Of Appeals Bar Number:** _____

Fax: _____       E-Mail: _____

Has this case or any related case previously been on appeal?
Yes ____                     Court of Appeals No. _____
No   X

U.S. COURT OF APPEALS TRANSCRIPT ORDER/REPORT
USE AFTER NOTICE OF APPEAL IS FILED

| District Court 11 | FOR THE EASTERN DISTRICT OF MASSACHUSETTS | District Court Docket Number 04-10086-PBS |
|---|---|---|

Part I.

A. Complete one of the following:
  _____ Transcript is unnecessary for appeal purposes;
  _____ Transcript is already on file in Clerk's office;
  ___X___ By this form, signed by the Court Reporter, I order a transcript of the following proceedings in the above case (include name of witness, date of proceedings, type of hearing) —NOTE:voir dire, closing arguments and sentencing are not prepared unless specifically requested. Separate forms must be completed by <u>each</u> court reporter involved.

Case Style

  Initial scheduling conference Courtroom No.13
  held on March 29, 2004, by Judge Patti B. Saris
  DAVID WILLIAMS, PRO SE (Appellant)
  vs.
  NORMAN THERRIEN, DAVID STRINGHAM, GERI CRISMAN, et, al (Appellee)
  (attach extra sheet if necessary)

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment is by:
  [ ] Criminal Justice Act (Attach copy of CJA Form 24)
  [ ] Private Funds

SIGNED _David Williams_ (Name) COUNSEL FOR _APPELLANT_

ADDRESS _P.O. Box 100, So. Walpole, MA 02071_ TELEPHONE _N/A_

THE COURT REPORTER'S SIGNATURE IN PART II COMPLETES THE TRANSCRIPT ORDER.

Part II. COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and sent by the Court Reporter to the Court of Appeals on the date of signature.)

| Date order received | Estimated completion date | Estimated number pages |
|---|---|---|
| | | |

This is to certify that satisfactory financial arrangements have been completed with appellant for payment of the cost of the transcript.

_____(Date)_____                         _____(Signature of Ct. Reporter)_____
TELEPHONE: _____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. The court reporter must send copies of this notification to the Court of Appeals, the appellant and the appellee on the same date.)

  This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the District Court today.

_____(Date)_____                         _____(Signature of Ct. Reporter)_____

Copy 1 — Court Reporter's Copy

Form CA-1-10 (Rev. 7/99)