UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__David Williams__     ,
      Plaintiff,

  v.        Civil Action No. 04-10086-PBS

__Norman Therrien, et al.__,
      Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed with an appeal without prepayment of fees and affidavit under 28 U.S.C. § 1915:

FINDINGS

A.   Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h) and/or 28 U.S.C. § 1915A(c):

   Yes ☒     No ☐

B.   Is a filing fee under 28 U.S.C. § 1915(b) to be assessed at this time:

  1. Yes ☐   Plaintiff is obligated to pay the entire statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1); 28 U.S.C. § 1913; Schedule of Fees for the First Circuit Court of Appeals ($225 for an appeal); Rule 3(e) of the Rules of Appellate Procedure (district court receives appellate fee on behalf of the court of appeals).

  2. Yes ☒   An initial partial filing fee of __$ 10.65__ is assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee __$ 244.35__ is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

  3. Yes ☐   Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the $150.00 filing fee is paid in full.

  4. No ☐   Plaintiff is not assessed an initial partial filing fee or obligation to make monthly payments at this time.

Order on Application to Proceed
Without Prepayment of Fees                                                                 Page 2

---

## ORDERS

Based upon the foregoing:

1. The application to proceed without prepayment of fees is GRANTED.
   Yes ☒    No ☐

2. If a filing fee assessment has been made under paragraph B above, is it a provisional finding that is subject to early modification:
   Yes ☐    No ☒

   If the above answer is Yes, the following applies:

   If the plaintiff files, within 35 days of the date of this Order, a certified copy of his/her prison trust account <u>or</u> a statement signed by plaintiff under the pains and penalties of perjury demonstrating eligibility to proceed in this action without paying an initial partial filing fee or without payment of any fee assessed above, the Court will consider the certification or statement in determining whether to modify any fee assessment under 28 U.S.C. § 1915(b)(2).

3. The Clerk shall send a copy of this Order to the institution having custody of plaintiff:
   Yes ☒    No ☐

4. The Clerk shall transmit this Order as a supplemental record to the First Circuit Court of Appeals.
   Yes ☒    No ☐

SO ORDERED.

July 1, 2004                                          /s/ Patti B. Saris
DATE                                                  UNITED STATES DISTRICT JUDGE