# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1868

DAVID WILLIAMS

Plaintiff - Appellant

v.

NORMAN THERRIEN, former Acting Health Service Administrator
of the UMass Correctional Health Program, University of
Massachusetts; DAVID STRINGHAM, former Acting Health Service
Administrator of the UMass Correctional Health Program,
University of Massachusetts; GERI CRISMAN, former Acting
Health Service Administrator of the UMass Correctional
Health Program, University of Massachusetts; JOHN DOE, a/k/a
Nurse Jeff, employee of the UMass Correctional Health Program,
University of Massachusetts; JANE DOE, a/k/a Nurse Jackie,
employee of the UMass Correctional Health Program,
University of Massachusetts

Defendants - Appellees

### JUDGMENT
Entered: July 20, 2005

By notices issued on May 11, 2005 and June 20, 2005, appellant was notified that he was in default for failure to file his appellant's brief. Appellant was warned that unless action was taken by July 5, 2005, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file his appellant's brief, therefore it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 3(b).

**Certified and issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 8/10/05

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By:_____
Chief Deputy Clerk

[cc: David Williams, Charles M. Urso, Esq., James A. Bello, Esq.]